NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDA MORECRAFT, KRISTIN MELENDEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-2350, 2019-2352

---

Appeals from the United States Court of Federal Claims in No. 1:18-cv-00967-LAS, Senior Judge Loren A. Smith.

---

**JUDGMENT**

---

CHRISTOPHER J. TROMBETTA, Law Office of Christopher J. Trombetta, Mansfield, MA, argued for plaintiffs-appellants.

ANTONIA RAMOS SOARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.

Also represented by CLAUDIA BURKE, JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and REYNA, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

April 6, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court